IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THE ESTATE OF BETTIE JEAN WALDRUP,
DECEASED, BY AND THROUGH JAMES W.
WALDRUP, HER NEXT FRIEND                                    PLAINTIFF

VS.                          CIVIL ACTION NUMBER:   4:05-CV-098PB

INDIANOLA HEALTH & REHABILITATION;
MARINER HEALTH CARE MANAGEMENT CO.;
MARINER HEALTH CENTRAL, INC.;
MARINER MEDICAL SUPPLY, INC.;
JOHN DOES 1 THROUGH 10; AND
UNIDENTIFIED ENTITIES 1 THROUGH 10                          DEFENDANTS

## AGREED ORDER FOR TIME

**HAVING COME** before me on the Motion, ore tenus, of the Plaintiff for additional time within which to file his response to Defendants' Motion to Dismiss, and having been apprised that the parties are in agreement hereto, hereby finds said Motion to be well taken and grants the same.

**THEREFORE**, the Plaintiff shall have until June 17, 2005 to file his response to Defendants' Motion to Dismiss.

**SO ORDERED AND ADJUDGED** on this the 14th day of June, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE


AGREED TO:

/s/   Robin E. Blackledge Blair
Robin E. Blackledge Blair, Esq.


/s/ Faye M. James
Faye M. James, Esq.