IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THE ESTATE OF BETTIE JEAN WALDRUP,
DECEASED, BY AND THROUGH JAMES W.
WALDRUP, HER NEXT FRIEND, PLAINTIFF,

VS. CIVIL ACTION NO. 4:05CV98-P-B

NATIONAL HERITAGE REALTY d/b/a
INDIANOLA HEALTH & REHABILITATION
CENTER, ET AL., DEFENDANT.

**ORDER**

These matters come before the court upon Defendants' Motion to Dismiss Indianola Health & Rehabilitation Center [9-1] and Motion to Dismiss First Amended Complaint by Defendant Indianola Health & Rehabilitation [17-1]. Upon due consideration of the motions and the responses filed thereto, the court finds as follows, to-wit:

The motions should be denied as moot given the court's December 20, 2005 Order wherein the court granted the plaintiff's motion to substitute "National Heritage Realty, Inc. d/b/a Indianola Health and Rehabilitation Center" in place of all named defendants originally identified.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss Indianola Health & Rehabilitation Center [9-1] and Motion to Dismiss First Amended Complaint by Defendant Indianola Health & Rehabilitation [17-1] are both **DENIED AS MOOT**.

**SO ORDERED** this the 27th day of December, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE