IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THE ESTATE OF BETTIE JEAN WALDRUP,
DECEASED, BY AND THROUGH JAMES W.
WALDRUP, HER NEXT FRIEND,                                    PLAINTIFF,

VS.                                          CIVIL ACTION NO. 4:05CV98-P-B

NATIONAL HERITAGE REALTY d/b/a
INDIANOLA HEALTH & REHABILITATION
CENTER, ET AL.,                                              DEFENDANT.

## ORDER

This matter comes before the court upon Defendants' Motion for Partial Summary Judgment [33-1]. Upon due consideration of the motion and the response filed thereto, the court finds the following, to-wit:

Given that discovery is not due until April 28, 2006, the motion should be denied as premature.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion for Partial Summary Judgment [33-1] is **DENIED**.

**SO ORDERED** this the 27th day of December, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE