IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THE ESTATE OF BETTIE JEAN WALDRUP,
DECEASED, BY AND THROUGH JAMES W.
WALDRUP, HER NEXT FRIEND                                             PLAINTIFF

VS.                                     CIVIL ACTION NUMBER:   4:05-CV-098PB

INDIANOLA HEALTH & REHABILITATION;
MARINER HEALTH CARE MANAGEMENT CO.;
MARINER HEALTH CENTRAL, INC.;
MARINER MEDICAL SUPPLY, INC.;
JOHN DOES 1 THROUGH 10; AND
UNIDENTIFIED ENTITIES 1 THROUGH 10                                  DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before the Court on the joint motion, *ore tenus*, of plaintiff and defendants, for a judgment of dismissal and the Court, being advised in the premises, and being further advised that the parties have reached an agreed settlement of this matter, finds that said motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that all claims and causes of action raised in the above styled case, as to all defendants are hereby dismissed with prejudice and with each party to bear their costs.

**SO ORDERED**, this the 20th day of April, A.D., 2006

                                              /s/ W. Allen Pepper, Jr.
                                              W. ALLEN PEPPER, JR.
                                              UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED TO:**


   /s/ Robin E. Blackledge Blair
Robin E. Blackledge Blair, Esquire [MSB # 10808  ]
Blair Law Offices
900 Corinne Street
Post Office Box 351
Hattiesburg, Mississippi  39403-0351
Attorney for Plaintiff



   /s/ Faye M. James
Faye Murphree James (MSB # 2990)
Wilkins, Stephens & Tipton, P.A.
One LeFleur's Square
4735 Old Canton Road
Post Office Box 13429
Jackson, Mississippi 39236-3429
Attorneys for Defendants